# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1718.  FREDDIE BROWN v. THE STATE.**

On July 19, 2010, the trial court signed an order denying Freddie Brown's motion to modify his sentence.  The order was entered the next day.  On December 14, 2010, Brown filed a notice of appeal from the order "entered on the 19th day of July 2010."[1]

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Brown filed his notice of appeal 147 days after the trial court entered its order, the appeal is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/09/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Brown has filed other notices of appeal from other orders of the trial court, leading to multiple appeals being docketed in this Court.  See Case Numbers A12A1717, A12A1719, and A12A1720.